TRAVELERS INDEMNITY COMPANY et al., Movant, v. Stanley LAKES, Opposed.

Court of Appeals of Kentucky.

January 10, 1950.

George T. Ross for movant.

Carl Eversole for opposed.

PER CURIAM.

Motion for appeal is denied and judgment affirmed.